# Order

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 20th day of October, 1992.

Richard Carlton, Appellant,

against

William Lewis Paxton, Jr.

and

Angela Paxton, Appellees.

Before Chief Judge Koontz, Judges Baker, Barrow, Benton, Coleman, Moon, Willis, Elder, Bray, and Fitzpatrick.

---

COUNSEL

Laurence A. Mann, for appellant.

J. Gregory Mooney (Collins, Crackel & Mooney, on brief), for appellees.

---

## UPON A REHEARING EN BANC

OPINION

On March 17, 1992, a panel of this Court reversed and remanded the trial court's order dismissing Richard Carlton's bill of complaint. 14 Va. App. 105, 415 S.E.2d 600 (1992). A dissenting opinion was filed in the panel decision. Carlton's petition for rehearing *en banc* was granted and heard on September 23, 1992. For the reasons stated in the panel's majority opinion, the decision of the trial court is reversed and the matter is remanded to the Circuit Court of Alleghany County.

Judge Barrow and Judge Willis would affirm the trial court's decision for the reasons stated in the dissenting opinion of the original panel decision.

This order shall be published and certified to the trial court.

*Reversed and remanded.*